UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| W&T OFFSHORE, INC. | * | CIVIL ACTION NO. 17-07102 |
| | * | |
| vs. | * | SECTION: D |
| | * | |
| DAVID BERNHARDT, SECRETARY, | * | JUDGE: WENDY B. VITTER |
| UNITED STATES DEPARTMENT | * | |
| OF THE INTERIOR; AND | * | MAGISTRATE JUDGE: |
| GREGORY J. GOULD, DIRECTOR, | * | DANA DOUGLAS |
| OFFICE OF NATURAL RESOURCES | * | |
| REVENUE, UNITED STATES DEPARTMENT | * | |
| OF THE INTERIOR | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

Please take notice that, in accordance with the Court's Order dated May 15, 2020 (Doc. 76), W&T Offshore, Inc.'s Motion for Summary Judgment will be deemed submitted to the Court for consideration before the Honorable Wendy B. Vitter, United States District Court for the Eastern District of Louisiana, New Orleans, Louisiana, on September 7, 2020.[1]

Respectfully submitted,

*/s/ Jonathan A. Hunter*
Jonathan A. Hunter
Sarah Y. Dicharry
JONES WALKER, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana  70170-5100
Telephone:  504-582-8000

Dated:  June 22, 2020                    Attorneys for W&T Offshore, Inc.

---

[1]    The Court's Order dated May 15, 2020 (Doc. 76) provides that "[t]he motions for summary judgment shall follow the deadlines as indicated above, regardless of submission dates which may be issued by the Clerk of Court upon filing."

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2020, a copy of the foregoing pleading was filed

electronically with the Clerk of Court using the CM/ECF system.

*/s/  Jonathan A. Hunter*